In the Matter of DONNA BLACK, Appellant, v JOHN PAUL WATSON, Respondent.

Submitted April 11, 2011; decided June 7, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Family Court's order as adjudged that respondent did not willfully violate a prior order of the court, dismissed upon the ground that such portion of the order does not finally determine the

proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.